## MEMORANDUM DECISIONS.

A. B. BARR & CO., Respondent, v. DU-MONT, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by A. B. Barr & Co. against Pierre D. Dumont. No opinion. Motion granted, with $10 costs, unless appellant perfect his appeal within 10 days and put the cause at the foot of the calendar for disposition at this term of court, in which case the motion is denied.

ADAMO, Appellant, v. DI PIETRO, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Angelo Adamo against Gaetano Di Pietro. No opinion. Motion granted, with $10 costs.

AGOPLAN, Respondent, v. WILLIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Ardashes Agoplan against Anna B. Willis. No opinion. Judgment and order affirmed, with costs.

ALLEN, Respondent, v. KNIGHTS OF COLUMBUS, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Patrick J. Allen, as administrator, against the Knights of Columbus. C. A. Webber, for appellant. F. Wiener, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ANDERSON, Respondent, v. OSSINING HEAT, LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Irving C. Anderson, as administrator de bonis non of Susan M. Anderson, deceased, against the Ossining Heat, Light & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

ANDERSON, Respondent, v. SMITLEY et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Eva R. Anderson against Jane A. Smitley and others. E. W. Paige. for appellants. F. A. McCloskey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ANDREWES, Appellant, v. STOWE & WOODWARD CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Harold A. Andrewes against the Stowe & Woodward Company. No opinion. Order affirmed, with $10 costs and disbursements.

ANTHONY v. UNITED MACHINE & SUPPLY CO. (Supreme Court, Appellate Term. December 16, 1908.) Appeal from City Court of New York, Trial Term. Action by Marcus O. Anthony against the United Machine & Supply Company. From an order of the City Court requiring defendant to file a verified bill of particulars, it appeals. Modified and affirmed. Stephen Van Wyck, for appellant. Nathan Burkan, for respondent.

PER CURIAM. The facts concerning the counterclaim for $318.67 were sufficiently set forth in the statement rendered, and the order should be modified by striking out the provisions relating thereto. In other respects the order should be affirmed. No costs.

BALDINGER et al., Appellants, v. FELDMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Louis Baldinger and another against Henry Feldman and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BALTIMORE, Appellant, v. NEW YORK SCHOOL OF AUTOMOBILE ENGINEERS, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Jeremiah A. Baltimore against the New York School of Automobile Engineers. W. H. Smith, for appellant. H. B. Gayley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BANKERS' MONEY ORDER ASS'N v. NACHOD et al. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by the Bankers' Money Order Association against Friedrich Nachod and others. No opinion. Motion granted. Settle order on notice.

BARKER, Respondent, v. WASHBURN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Franklin H. Barker, as committee, etc., of Ansel W. Sutliff, an incompetent person, against James H. Washburn and another.

PER CURIAM. Judgment and order affirmed, with costs.

SEWELL, J., dissents.

BARNES, Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Francis C. Barnes, as administrator, etc., against the city of Buffalo and another.

PER CURIAM. Judgment and order affirmed, with costs. Held that, even if there was